## Commonwealth *v.* Bodling, Appellant.

Before McDONALD, J.

736

Submitted November 11, 1968. *Thomas A. Young,* for appellant; *Blair V. Pawlowski,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.